In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Property along Smith Street, West Ninth Street, Tenth Street, from Fourth Avenue to Fourth Place, in the Borough of Brooklyn, City of New York, Required for Rapid Transit Purposes, Route 109, Section 3. In the Matter of the Application of ROSARIO SCHILLACI and CAROLINA SCHILLACI for the Payment of Award Made for Damage Parcel No. 67 on the Damage Map and in the Final Decree in a Certain Proceeding, Entitled, " In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Property along Smith Street, West Ninth Street, Tenth Street, from Fourth Avenue to Fourth Place, in the Borough of Brooklyn, City of New York, Required for Rapid Transit Purposes, Route 109, Section 3." ROSARIO SCHILLACI and CAROLINA SCHILLACI, THE CITY OF NEW YORK, COMPTROLLER OF THE CITY OF NEW YORK, SALVATORE CALDERONE, FRIEDA ZALMOWITZ, TOBIAS ZWERDLING, Respondents; BOND AND MORTGAGE GUARANTEE CORPORATION, agent for BOND AND MORTGAGE GUARANTEE COMPANY, in Rehabilitation, Appellant.— Motion to resettle order of March 25, 1935 [ante, p. 102], denied, without prejudice to an application for an order of restitution directed against the respondent Frieda Zalmowitz. On the application, The City of New York, as well as said respondent, should be made a party. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Last Will and Testament of JOSEPHINE GRENIEWICH, Also Known as JOZEFA GRYNIEWICZ, Deceased. YONKERS SAVINGS BANK, Appellant; FELIKSA ROGALSKA, as Executrix, etc., of JOSEPHINE GRENIEWICH, etc., Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

ABRAHAM OLEWACK and Another, Respondents, v. GUSTAV HUNGER and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

RUTH SCHAI, by WILLIAM SCHAI, Her Guardian ad Litem, Appellant, v. RALPH DAVIDSON, Respondent.— Motion for reargument of motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ. [See 243 App. Div. 798; 244 id. 744.] On reargument, the motion for leave to appeal to the Court of Appeals is denied and the decision of this court handed down on April 18, 1935 [ante, p. 744], is amended by striking therefrom the words " as unnecessary." Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

JOHN D. SEMBLER, Respondent, v. HARVEY GIBSON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.